*Aaron Frank, Charles Horowitz, Nathan L. Samuelson* and *Benjamin Gassman* for appellant.

*Louis J. Lefkowitz* and *Paxton Blair* for Howard Henig, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.

In the Matter of VITO MARCANTONIO et al., Respondents, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents. JOHN A. MULLEN et al., Appellants. THOMAS J. CURRAN et al., Interveners, Respondents.

Argued October 14, 1948; decided October 18, 1948.

*Jerome Vale* and *A. L. Sainer* for appellants.

*Louis J. Lefkowitz, Samuel M. Blinkin* and *Paxton Blair* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.